JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 492 -- **In re Hoffacker Bicycle Seat Patent & Trademark Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/12/04 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBITS A-C, CERT. OF SERVICE -- Plaintiffs Neal D. Hoffacker, et al. SUGGESTED TRANSFEREE COURT: Middle District of Florida  SUGGESTED TRANSFEREE JUDGE: (cds) |
| 81/12/14 | | APPEARANCES: RONALD L. YIN, ESQ. for Neal D. Hoffacker, et al.; JOAN K. LAWRENCE, ESQ. FOR Ten Speed Drive Imports, Inc.; DONALD W. MARGOLIS, ESQ. for Sojourn Designs, Inc. (cds) |
| 81/12/17 | 2 | RESPONSE -- Ten Speed Drive Imports, Inc. -- w/cert. of service (cds) |
| 81/12/21 | 3 | REQUEST FOR EXTENSION OF TIME -- Sojourn Designs Inc. -- GRANTED TO SOJOURN TO AND INCLUDING JANUARY 11, 1982 (cs) |
| 82/01/12 | 4 | RESPONSE -- deft. Sojourn Designs, Inc. w/cert. of svc. (ds) |
| 82/01/22 | | HEARING ORDER: Setting Motion of Hoffacker, et al to transfer actions to the M.D. Fla., for Panel Hearing on February 25, 1982 in Washington, D.C. (emh) |
| 82/02/03 | | NOTICE OF ERRATA (Page 5 of Pleading No. 2) -- Deft. Ten Speed Drive Imports, Inc. -- w/cert. of svc. (emh) |
| 82/02/24 | | WAIVER OF ORAL ARGUMENT -- ALL PARTIES WAIVE (ds) |
| 82/03/08 | | ORDER DENYING TRANSFER -- Notified involved judges, clerks and counsel (cds) |
| | | NOTE: (Re: A-4) The California lawsuit, which was the beginning of this litigation, originally included claims which could only be brought in Colorado and/or Florida. Therefore, the California court splintered the claims and sent some of them to Colorado and Florida. The motion before the Panel sought to have the then existing Colorado action transferred to Florida. The California action was not part of the motion to transfer, although movant did mention it in the brief - by way of background information - and on the Schedule. SCB/eaf |

JPML Form 1

Revised: 8/78

DOCKET NO. 492 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE HOFFACKER BICYCLE SEAT PATENT AND TRADEMARK LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 3/8/82 | MO | Unpublished | | | |

Special Transferee Information

DATE CLOSED: 3/8/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 492 -- IN RE HOFFACKER BICYCLE SEAT PATENT AND TRADEMARK LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Neal D. Hoffacker, et al. v. Bike House, et al. | M.D.Fla. Reed | 81-124(B)-ORL-CIV-R | | | | One docket in M.Fla. |
| A-2 | Neal D. Hoffacker, et al. v. Bike House, et al. | M.D.Fla. Reed | 81-124(A)-ORL-CIV-R | | | | |
| A-3 | Neal D. Hoffacker, et al. v. Bike House, et al. | D.Colo. Kane | 81-K-907 | | | | |
| A-4 | Neal D. Hoffacker, et al. v. Bike House, et al. | N.D.Cal. Williams | C80-4411-SW | | | | See Note on docket sheet |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 492 -- In re Hoffacker Bicycle Seat Patent & Trademark Litigation

| | |
|---|---|
| NEAL D. HOFFACKER, ET AL. (A-1 - A-4)<br>Ronald L. Yin, Esq.<br>Limbach, Limbach & Sutton<br>2001 Ferry Building<br>San Francisco, CA  94111 | TEN SPEED DRIVE IMPORTS, INC.<br>Joan K. Lawrence, Esq.<br>Sixbey, Friedman & Leedom, P.C.<br>2001 Jefferson Davis Highway<br>Suite 206<br>Arlington, Virginia  22202<br><br>SOJOURN DESIGNS, INC.<br>Donald W. Margolis, Esq.<br>26 Garden Center, Suite 3<br>Broomfield, CO  80020<br><br>BIKE HOUSE (No. Appearance)<br>Bernard J. Vogel, Jr., Esq.<br>Anastasi, Vogel & Nielsen<br>110 North Third Street<br>San Jose, CA  95112<br><br>JERRY KEEFE<br>CHRIS KEEFE<br>Unable to determine<br>counsel for these parties |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 492 -- IN RE HOFFACKER BICYCLE SEAT PATENT AND TRADEMARK LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bike House | A-4 (A-1 through A-3 dism.) |
| Sojourn Designs Inc. | (A-1 through A-3 dism.) |
| Jerry Keefe | A-4 (A-1 through A-3 dism.) |
| Chris Keefe | A-4 (A-1 through A-3 dism.) |
| Ten Speed Drive Imports, Inc. | A-1, A-2, A-3, A-4 |

JPML FORM 3

p. 1