JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

DOCKET NO. 492

MAR -8 1982

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

PATRICIA D. HOWARD
CLERK OF THE PANEL

IN RE HOFFACKER BICYCLE SEAT PATENT AND TRADEMARK LITIGATION

ORDER DENYING TRANSFER *

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by the plaintiffs in the actions listed on the attached Schedule A for transfer of the action pending in the District of Colorado to the Middle District of Florida for coordinated or consolidated pretrial proceedings with the actions pending there.

On the basis of the papers submitted,[1/] we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movants have failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). Furthermore, we point out that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

*signature: Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

---

* Judges Roy W. Harper and Sam C. Pointer, Jr. took no part in the decision of this matter.

1/ The parties waived oral argument and accordingly the question of transfer of these actions under Section 1407 was submitted on the briefs. Rule 14, R.P.J.P.M.L., 89 F.R.D. 273, 283-84 (1981).

Schedule A

MDL-492 -- In re Hoffacker Bicycle Seat Patent and Trademark Litigation

District of Colorado
Neal D. Hoffacker, et al. v. Bike House, et al.,
C.A. No. 81-K-907
Middle District of Florida
Neal D. Hoffacker, et al. v. Bike House, et al.,
C.A. No. 81-124(B)-Orl-Civ-R
Neal D. Hoffacker, et al. v. Bike House, et al.,
C.A. No. 81-124(A)-Orl-Civ-R